**Motion GRANTED.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 3:11-00071-01 |
| WENDY STUBBLEFIELD, ) | JUDGE ALETA A. TRAUGER |
| ) | |
| Defendant, ) | |
| ) | |
| HEALTHCARE REALTY TRUST, INC., ) | |
| ) | |
| Garnishee. ) | |

**APPLICATION FOR CONTINUING WRIT OF GARNISHMENT
AGAINST THE PROPERTY OF
JUDGMENT DEFENDANT WENDY STUBBLEFIELD**

The plaintiff, the United States of America, by counsel, Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Michael L. Roden, Assistant United States Attorney, respectfully makes application pursuant to Section 3205(b)(1) of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205(b)(1), to the United States District Court to issue a Continuing Writ of Garnishment upon the judgment entered against the defendant, Wendy Stubblefield ("defendant" or "judgment debtor"). In support of this application, the United States provides the following statement pursuant to 28 U.S.C. § 3205(b)(1):

1.  The judgment debtor's name is Wendy Stubblefield. Her Social Security Number is XXX-XX-9779 and his last known address is 93 Weakley Lane, Smyrna, TN 37167-4341.

2.  Judgment was entered against the defendant in this action in the amount of $174,615.58 plus post-judgment interest at the rate of 0% compounded annually. The total balance due is $173,053.42 as of September 13, 2012.